FILED

04/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0682

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0682

_____

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP OF:

J.F.R.,                                                     O R D E R

        A Protected Person and Appellant.

_____

On April 22, 2024, Appellee filed a response brief. On April 23, 2024, the Court rejected the brief for noncompliance with M.R. App. P. 10(6).

On April 23, Appellee resubmitted the brief without the required corrections. There are still references to J.F.R.'s first name on page 3 and page 19 that must be removed and replaced with her initials.

Therefore,

IT IS ORDERED that the referenced brief is again rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.